IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| The Estate of Michael Kareem West, et.al.<br>　　　Plaintiffs<br><br>v.<br><br>Maryland Department of Public Safety and Correctional Services<br><br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)   Case No: 12-CV-02044-RDB<br>)<br>)<br>)<br>)<br>) |

## RULE 41 MOTION TO DISMISS

Plaintiffs, by and through counsel, Marc D. Schifanelli, move the Court to dismiss without prejudice this action pursuant to Rule 41(a)(1)(A)(i), noting that Defendant has not filed an Answer to the Complaint nor Motion for Summary Judgment in this matter.

**WHEREFORE**, Plaintiffs request that the Court dismiss the action in its entirety.

__8/12/2012___ 　　　　　Respectfully Submitted,

　　　　　　　　　　　　　/S/
　　　　　　　　　　　　_____
　　　　　　　　　　　　Marc D. Schifanelli
　　　　　　　　　　　　Bar No.: 27753
　　　　　　　　　　　　Schifanelli & Associates, LLC
　　　　　　　　　　　　705 Melvin Avenue, #100
　　　　　　　　　　　　Annapolis, Maryland 21401
　　　　　　　　　　　　410-263-0028

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___12___ day of _August_, 2012, a copy of the foregoing Rule 41 Motion to Dismiss was delivered electronically only to:

Rex S. Gordon
Assistant Attorney General
St. Paul Plaza, 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202


_____/S/_____
Marc D. Schifanelli, Esquire

# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MARYLAND

# BALTIMORE DIVISION

| | |
|---|---|
| The Estate of Michael Kareem West, et.al.<br>         Plaintiffs<br><br>v.<br><br>Maryland Department of Public Safety and Correctional Services<br><br>         Defendant | )<br>)<br>)<br>)<br>)<br>)   Case No: 12-CV-02044-RDB<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The Plaintiffs' Rule 41 Motion to Dismiss having come before the Court and considered, it is this ___ day of _____, ORDERED,

That the motion is GRANTED.

_____

JUDGE, U.S. FEDERAL DISTRICT COURT